

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2019

No. 04-18-00714-CV

**ESTATE OF JOANNE COOKSEY FRIEND, DECEASED,**

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant's motion for extension of time to file her brief is granted. Appellee's motion to dismiss is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court